■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODNEY SANDERSON, Appellant. [633 NYS2d 987] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Corrado, J.), rendered July 27, 1994, convicting him of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the seventh degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (see, People v Contes, 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (see, CPL 470.15 [5]). Considering all of the factors (see, People v Gilliard, 177 AD2d 707), the evidence supports the finding that the defendant was a seller of drugs and not merely a procuring agent for an undercover police officer.

We have considered the defendant's remaining contention and find it to be without merit. Rosenblatt, J. P., Pizzuto, Altman and Hart, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH SAVARESE, Appellant. [633 NYS2d 998] —Appeal by the defendant from two judgments of the Supreme Court, Richmond County (Felig, J.), both rendered August 19, 1993, convicting him of criminal possession of a controlled substance in the first degree under Indictment No. 7/92 and perjury in the first degree (two counts) under Indictment No. 434/92, upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Mangano, P. J., O'Brien, Ritter, Pizzuto and Florio, JJ., concur.